157 A.3d 836

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LARRY FLEMING, DEFENDANT–PETITIONER.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001432–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 836

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MACK E. MITCHELL, DEFENDANT–PETITIONER.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001417–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.